Filed: 12/10/2019 2:52 PM
Lynne Finley
District Clerk
Collin County, Texas
By Kathy Richardson Deputy
Envelope ID: 39132199

CAUSE NO. 471-06460-2019

| | | |
|---|---|---|
| **RELIANT PRO REHAB, LLC,** | § § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | COLLIN COUNTY, TEXAS |
| **LEGACY HEALTHCARE CENTER, LLC, ROSE GARDEN SUBACUTE & REHABILITATION CENTER, LLC, AND SANTA PAULA POST ACUTE, LLC** | § § § § § | |
| Defendants. | § § | 471ST JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Reliant Pro Rehab, LLC ("Reliant") complaining of Legacy Healthcare Center, LLC, Rose Garden Subacute & Rehabilitation Center, LLC, and Santa Paula Post Acute, LLC, and respectfully shows the Court as follows:

### I.
### DISCOVERY LEVEL

1. Plaintiff intends that discovery be conducted under Level 3 of Texas Rule of Civil Procedure 190.3.

### II.
### PARTIES

2. Plaintiff Reliant is a Delaware limited liability company with its principal place of business in Collin County, Texas.

3. Defendant Legacy Healthcare Center, LLC ("Legacy") is a California limited liability company with its principal place of business at 1570 North Fair Oaks Avenue, Pasadena, California 91103. Legacy may be served with process through its registered agent InCorp

Services, Inc., which is located at 5716 Corsa Avenue, Suite 110, Westlake Village, California 91362-7354.

4. Defendant Rose Garden Subacute & Rehabilitation Center, LLC ("Rose Garden") is a California limited liability company with its principal place of business at 1899 North Raymond Avenue, Pasadena, California 91103. Rose Garden may be served with process through its registered agent InCorp Services, Inc., which is located at 5716 Corsa Avenue, Suite 110, Westlake Village, California 91362-7354.

5. Defendant Santa Paula Post Acute, LLC ("Santa Paula") is a California limited liability company with its principal place of business at 250 March Street, Santa Paula, California 93060. Santa Paula may be served with process through its registered agent InCorp Services, Inc., which is located at 5716 Corsa Avenue, Suite 110, Westlake Village, California 91362-7354.

### III.
### JURISDICTION AND VENUE

6. Jurisdiction is proper in this Court because the amount in controversy is within the jurisdictional limits of the Court. Venue is proper in Collin County, Texas pursuant to the Therapy Services Agreement dated November 20, 2017 between Reliant and Legacy, the Therapy Services Agreement dated November 20, 2017, between Reliant and Rose Garden, and the Therapy Services Agreement dated July 25, 2018, between Reliant and Santa Paula.

7. Reliant is seeking only monetary relief of over $1,000,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

### IV.
### FACTUAL BACKGROUND

8. Legacy, Rose Garden, and Santa Paula operate nursing and rehabilitation facilities that provide certain rehabilitation and therapy services for their patients.

9. On November 20, 2017, Reliant and Legacy entered into a Therapy Services Agreement whereby Reliant would provide rehabilitation and therapy services to the patients at the nursing and rehabilitation facility located at 1570 North Fair Oaks Avenue, Pasadena, California 91103. A true and correct copy of the agreement is attached hereto as **Exhibit A.** In section 4 of the agreement, Legacy agreed to pay Reliant based on monthly invoices for the therapy and rehabilitation services Reliant provided within that month.

10. On November 20, 2017, Reliant and Rose Garden entered into a Therapy Services Agreement whereby Reliant would provide rehabilitation and therapy services to the patients at the nursing and rehabilitation facility located at 1899 North Raymond Avenue, Pasadena, California 91103. A true and correct copy of the agreement is attached hereto as **Exhibit B**. In section 4 of the agreement, Rose Garden agreed to pay Reliant based on monthly invoices for the therapy and rehabilitation services Reliant provided within that month.

11. On July 25, 2018, Reliant and Santa Paula entered into a Therapy Services Agreement whereby Reliant would provide rehabilitation and therapy services to the patients at the nursing and rehabilitation facility located at 250 March Street, Santa Paula, California 93060. A true and correct copy of the agreement is attached hereto as **Exhibit C**. In section 4 of the agreement, Santa Paula agreed to pay Reliant based on monthly invoices for the therapy and rehabilitation services Reliant provided within that month.

12. Reliant invoiced Legacy, Rose Garden and Santa Paula on a monthly basis for all services it provided to their respective patients. From October 2018 through July 2019, Legacy failed to pay Reliant's monthly invoices in the following amounts:

| Invoice # | Amount |
| --- | --- |
| 60499 | $26,826.23 |
| 61535 | $35,011.84 |
| 62420 | $29,748.18 |
| 63452 | $29,150.21 |

| Invoice # | Amount |
|---|---|
| 64688 | $26,422.75 |
| 65870 | $38,397.86 |
| 66661 | $47,248.57 |
| 67561 | $34,940.20 |
| | **TOTAL: $267,745.84** |

13. *See* the Declaration of Carolyn Edwards, attached and incorporated by reference as **Exhibit D**, at its **Exhibit 1**.

14. From October 2018 through July 2019, Rose Garden failed to pay Reliant's monthly invoices in the following amounts:

| Invoice # | Amount |
|---|---|
| 60513 | $42,780.43 |
| 61540 | $34,832.49 |
| 62480 | $40,224.41 |
| 63739 | $36,953.69 |
| 64699 | $40,609.73 |
| 65926 | $41,341.40 |
| 66707 | $45,828.27 |
| 67562 | $49,281.76 |
| | **TOTAL: $331,852.18** |

15. *See* the Declaration of Carolyn Edwards attached as Exhibit D, at its Exhibit 1.

16. From November 2018 through July 2019, Santa Paula failed to pay Reliant's monthly invoices in the following amounts:

| Invoice # | Amount |
|---|---|
| 61562 | $22,915.95 |
| 62425 | $46,255.89 |
| 63350 | $51,163.87 |
| 64722 | $45,288.68 |
| 65612-1 | $45,110.28 |
| 66701-1 | $44,724.06 |
| 67504 | $75,086.58 |
| | **TOTAL: $330,545.31** |

17. *See* the Declaration of Carolyn Edwards attached as Exhibit D, at its Exhibit 1.

18. After application of all payments and credits, Legacy currently owes Reliant $267,745.84, plus interest. After application of all payments and credits, Rose Garden currently owes Reliant $331,852.18, plus interest. After application of all payments and credits, Santa Paula currently owes Reliant $330,545.31, plus interest. Legacy, Rose Garden, and Santa Paula have failed and/or refused to pay Reliant the amount due and owing.

19. Upon information and belief, Legacy, Rose Garden, and Santa Paula share a common manager or are all related entities.

20. All conditions precedent to this action have been performed or have occurred.

## V.
## BREACH OF CONTRACT

21. Reliant realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

22. Legacy, Rose Garden, and Santa Paula contracted and agreed to pay for Reliant's services, the cost of which is reflected in the invoices referenced above in paragraphs 12, 14, and 16. Legacy, Rose Garden, and Santa Paula are obligated to pay Reliant the full amount of the respective invoices.

23. Legacy, Rose Garden, and Santa Paula breached their agreements with Reliant by failing to pay Reliant. As a direct and proximate result of the breaches, Reliant has suffered damages equal to the full outstanding amount of the invoices, or $930,143.33, plus prejudgment interest and costs.

## VI.
## SWORN ACCOUNT

24. Reliant realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

25. The invoices for services to Legacy total $267,745.84. The invoices for services to Rose Garden total $331,852.18. The invoices for services to Santa Paula total $330,545.31. These amounts are just and true.

26. All lawful offsets, payments, and credits have been applied to the account. The account remains unpaid. Damages are liquidated and equal to the full, unpaid amount of the $930,143.33, plus prejudgment interest and costs.

## VII.
## QUANTUM MERUIT

27. Reliant realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

28. Reliant provided physical therapy, speech therapy, and occupational therapy services to patients of the nursing and rehabilitation facilities owned by Legacy, Rose Garden, and Santa Paula. Legacy, Rose Garden, and Santa Paula accepted those services and refuse to pay Reliant for the value of those services.

29. As a result of Legacy's, Rose Garden's and Santa Paula's failure to pay for the services provided, Reliant has suffered damages equal to the full outstanding amount of invoices, or $930,143.33, plus prejudgment interest and costs.

## VIII.
## UNJUST ENRICHMENT

30. Reliant realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

31. Reliant provided physical therapy, occupational therapy, and speech therapy services to patients of the nursing and rehabilitation facilities owned by Legacy, Rose Garden, and Santa Paula.

32. Legacy, Rose Garden, and Santa Paula benefitted from Reliant providing those services to their patients by charging the patients for the therapy and rehabilitation services provided by Reliant.

33. Legacy's, Rose Garden's and Santa Paula's acceptance of Reliant's services and failure and/or refusal to pay amounts due and owing under the invoices is unjust.

34. Reliant has suffered damages equal to the full outstanding amount of the invoices, $930,143.33, plus prejudgment interest and costs.

## IX.
## ATTORNEYS' FEES

35. Reliant realleges and incorporates by reference the allegations set forth in the foregoing paragraphs.

36. Legacy's, Rose Garden's, and Santa Paula's failure and/or refusal to pay amounts due and owing has forced Reliant to bring this lawsuit. Reliant is entitled to recover reasonable and necessary attorneys' fees under Texas Civil Practices and Remedies Code § 38.001.

## X.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Reliant prays that Legacy, Rose Garden, and Santa Paula be cited to appear and answer herein as required by law, and that upon final hearing Reliant recover judgment against Legacy, Rose Garden, and Santa Paula in the amount of $930,143.33 (as broken out above), plus prejudgment interest and costs, attorneys' fees, and such other and further relief to which it may be justly entitled.

Respectfully submitted,

/s/ Johnathan E. Collins
**Johnathan E. Collins**
Texas Bar No. 24049522
jcollins@sanderscollins.com
(214) 430-4286 Direct
**SANDERS COLLINS PLLC**
325 N. St. Paul St., Suite 3100
Dallas, Texas 75201
www.sanderscollins.com
Telephone: (214) 775-0630
Facsimile: (214) 242-3004

**ATTORNEYS FOR PLAINTIFF
RELIANT PRO REHAB, LLC**