**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **RELIANT PRO REHAB, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-34-SDJ-KPJ |
| § | |
| **LEGACY HEALTHCARE CENTER,** § | |
| **LLC,** *et al.*, § | |
| § | |
| Defendants. § | |

**MEMORANDUM ADOPTING REPORT AND
<u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 9, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #65) that Plaintiff Reliant Pro Rehab, LLC's ("Reliant") Unopposed Motion for Entry of Agreed Final Judgment (the "Motion') (Dkt. #64) be granted, with final judgment entered as proposed by the parties.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Reliant's Motion (Dkt. #64) is hereby **GRANTED**. The Court will enter final judgment under separate cover.

**So ORDERED and SIGNED this 29th day of July, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE