# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **RELIANT PRO REHAB, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-34-SDJ-KPJ |
| § | |
| **LEGACY HEALTHCARE CENTER,** § | |
| **LLC,** *et al.*, § | |
| § | |
| Defendants. § | |

## AGREED FINAL JUDGMENT

On this day came on to be considered the above-titled and numbered cause wherein Plaintiff Reliant Pro Rehab, LLC and Defendants Legacy Healthcare Center, LLC, Rose Garden Subacute & Rehabilitation Center, LLC, Saunta Paula Post Acute, LLC, and Dov Jacobs have agreed to this Final Judgment. The Court finds that based on the Parties' agreement, judgment should be rendered in accordance therewith:

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Dov Jacobs consents and agrees to personal jurisdiction in the State of Texas;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** by the Court that Plaintiff Reliant Pro Rehab, LLC shall have and recover as actual damages the sum of $500,000.00, minus any amounts paid since settlement, jointly and severally, from Defendants Dov Jacobs and Santa Paula Post Acute, LLC;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of court spent or incurred in this cause by Plaintiff Reliant Pro Rehab, LLC, or Defendants Legacy Healthcare Center, LLC, Rose Garden Subacute & Rehabilitation Center, LLC, Santa Paula Post

Acute, LLC, and Dov Jacobs, up to and through entry of this Agreed Final Judgment, shall be borne by the party incurring same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall recover post-judgment interest from the date this Judgment is entered until paid at the applicable federal rate, as set forth in 28 U.S.C. § 1961; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is allowed such writs and processes as may be necessary in the enforcement in collection of this judgment.

This is a **FINAL JUDGMENT**. All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 29th day of July, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE